```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___2/8/2021___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X
                                                     :
FRANKIE MONEGRO,                                     :
                                                     :
                             Plaintiff,              :
                                                     :                    20-CV-10980 (VSB)
               -against-                             :
                                                     :                        **ORDER**
MISEN, INC.,                                         :
                                                     :
                             Defendant.              :
                                                     :
----------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

         Plaintiff filed this action on December 28, 2020, (Doc. 1), and, on February 4, 2021, filed

proof of service on Defendant's agent on January 6, 2021, (Doc. 5).  The deadline for Defendant

to respond to Plaintiff's complaint was January 27, 2021.  (*See* Doc. 5.)  To date, Defendant has

not appeared or responded to the complaint.  Plaintiff, however, has taken no action to prosecute

this case.  Accordingly, if Plaintiff intends to seek a default judgment she is directed to do so in

accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than

February 18, 2021.  If Plaintiff fails to do so or otherwise demonstrate that she intends to

prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule

of Civil Procedure 41(b).

SO ORDERED.

Dated:      February 8, 2021
            New York, New York

                                                   _____
                                                   VERNON S. BRODERICK
                                                   United States District Judge